# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130563 & (46)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ARTHUR SUMERLIN, III,
      Defendant-Appellant.

SC: 130563
COA: 256192
Wayne CC: 03-013613-01

_____/

      On order of the Court, the application for leave to appeal the December 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

              Clerk

p0724